IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARON L. ROSS,              )
                             )
              Plaintiff,     )
                             )
         v.                  )    1:05CV968
                             )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security, )
                             )
              Defendant.     )

**O R D E R**

On November 28, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636 and Defendant filed a response.

The court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 10) is denied, that Defendant's Motion for Judgment on the Pleadings (Doc. No. 13) is granted, and that this action be, and the same hereby is, dismissed.

/s/ William L. Osteen, Jr.
United States District Judge

January 23, 2008